| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| MANDY KEEN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:23-CV-374 |
| § | |
| ONPOINT INDUSTRIAL SERVICES, § | |
| § | |
| *Defendant*. § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Mandy Keen, proceeding *pro se*, brought this lawsuit alleging claims under the Fair Labor Standards Act, and claims for negligence and retaliation against Defendant. (#1). The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. On December 4, 2023, the magistrate judge entered a Report and Recommendation in which she recommended that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (#5). To date, no objections have been filed.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#5) is **ADOPTED**.  It is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  All pending motions are hereby **DENIED**.

SIGNED at Beaumont, Texas, this 9th day of January, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE